**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN HAVELKA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:26-cv-02052-CV (ADSx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

On May 14, 2026, Plaintiff Brian Havelka ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") filed a stipulation of dismissal with prejudice. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the above-entitled action is hereby dismissed with prejudice and without attorneys fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:10/20/26

Cynthia Valenzuela

Hon. Cynthia Valenzuela
United States District Court Judge